UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-25031-JNP |
|---|---|---|
| | Chapter: | 7 |
| John A. Cocco | Judge: | Jerrold N. Poslusny Jr. |

NOTICE OF PROPOSED ABANDONMENT

    JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 22, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | Single-family home 856 Central Avenue Runnemede, NJ - 08078-0000 Camden County | $152,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Single-family home 856 Central Avenue, Runnemede, NJ - 08078-0000 Camden County | 1st mortgage---M&T Bank | $149,941.00 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Single-family home 856 Central Avenue, Runnemede, NJ - 08078-0000 Camden County | $5,200.00 |

Objections must be served on, and requests for additional information directed to:

Name:    /s/ John W. Hargrave

Address:    117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:    (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-25031-JNP
John A. Cocco                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Oct 19, 2016
                               Form ID: pdf905          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db              +John A. Cocco,    856 Central Avenue,    Runnemede, NJ 08078-1147
516324900        AT&T Mobility,    P.O. Box 55126,    Boston, MA 02205-5126
516324897        Aesthetic Dermatology LLC,    771 Rt. 70 East, Ste 150-D,    Marlton, NJ 08053-2352
516324898        Amita Talatti, MD,    2301 Evesham Rd, Ste 108,    Voorhees, NJ 08043-4502
516324899       +Apex Asset Managemen,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516324901       +Borough of Bellmawr,    P.O. Box 1016,    Voorhees, NJ 08043-7016
516324903       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516324904       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516324905       +KML Law Group, PC,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
516324908       +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
516324909       +Runnemede Sewerage Utility,    24 N. Black Horse Pike,    Runnemede, NJ 08078-1663
516324911      #+Stellar Recovery Inc,    1327 Hwy 2 W,    Suite 100,    Kalispell, MT 59901-3413
516324910      #+Stellar Recovery Inc,    1327 Hwy 2 W,    Kalispell, MT 59901-3413
516324913       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
516324912       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
516324918      #+Transworld Systems Inc.,    RE: Viridian Energy,    150 Crosspoint parkway,
                  Getzville, NY 14068-1602
516324919      #+Viridian,    1055 Washington Blvd, 7th Floor,    Stamford, CT 06901-2252
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2016 23:28:24     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2016 23:28:22     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516324902       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 19 2016 23:29:11
                  Credit Collection Services,    Re: AT&T Mobility,    725 Canton Street,    Norwood, MA 02062-2679
516324906        E-mail/Text: camanagement@mtb.com Oct 19 2016 23:28:13     M & T Bank,    Attn: Bankruptcy,
                  1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
516324907        E-mail/Text: camanagement@mtb.com Oct 19 2016 23:28:13     M&T Bank,    1 Fountain Plaza,
                  Buffalo, NY 14203
516324915       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 23:26:27     Synchrony Bank,    Po Box 103104,
                  Roswell, GA 30076-9104
516324916        E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 23:26:29     Synchrony Bank,    P.O. Box 965033,
                  Orlando, FL 32896-5033
516324914       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 23:25:55     Synchrony Bank,    950 Forrer Blvd,
                  Kettering, OH 45420-1469
516324917       +E-mail/Text: bankruptcydepartment@tsico.com Oct 19 2016 23:29:07     Transworld Sys Inc/51,
                  507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                               TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Oct 19, 2016
                               Form ID: pdf905          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Lee  Abt    on behalf of Debtor John A. Cocco leeabt2@verizon.net
                                                                                             TOTAL: 3